UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSALINDA ORTA, SARAY MEDINA,
and URSEAL WARD,

        Plaintiffs,        No. 10-15060

vs.        Hon. Gerald E. Rosen

SEIU HEALTHCARE MICHIGAN,

        Defendant.
_____/

## JUDGMENT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on March 29, 2013

PRESENT:    Honorable Gerald E. Rosen
                     United States District Chief Judge

The Court having this date entered an Opinion and Order granting Defendant's Motion for Summary Judgment and dismissing Plaintiffs' Complaint, in its entirety, with prejudice, and being fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT OF DISMISSAL, WITH PREJUDICE, be, and hereby is, entered.

Dated: March 29, 2013        s/Gerald E. Rosen
                                       Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 29, 2013, by electronic and/or ordinary mail.

                                       s/Julie Owens
                                       Case Manager, (313) 234-5135